UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LARRY KLEIN, et al.,

    Plaintiffs,

v.                                           Case No. 2:11-cv-514
                                             HON. R. ALLAN EDGAR

UNITED STATES DEPARTMENT
OF ENERGY, et al.,

    Defendants.
_____/

## **ORDER**

      Defendants have filed an Unopposed Joint Motion to Amend Scheduling Order (Docket #35).  Upon due consideration, the motion is GRANTED.

      IT IS ORDERED that defendants' responses and cross motions for judgment on the pleadings and/or for summary judgment shall be filed by **August 31, 2012**, plaintiffs' combined reply and response to defendants' cross motions shall be filed by **October 1, 2012**, and defendants' replies shall be filed by **November 2, 2012**.

      IT IS SO ORDERED.

                                                              /s/ Timothy P. Greeley
                                                             TIMOTHY P. GREELEY
                                                             UNITED STATES MAGISTRATE JUDGE

Dated:  August 9, 2012